# JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA B. SHAPIRO, | ) Case No. CV 10-03177-JGB (FMOx) ) |
| Plaintiff, | ) **JUDGMENT** ) |
| v. | ) |
| ABRAHAM LINCOLN UNIVERSITY SCHOOL OF LAW, HYUNG J. PARK, in his official and individual capacity, DAVID LEE, in his official and individual capacity, and DARYL JOAN FISHER OGDEN, in her official and individual capacity, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: August 27, 2013      _____
                             Jesus G. Bernal
                             United States District Judge

1